foreclosed by *United States v. Buckland,* 289 F.3d 558 (9th Cir.2002) (en banc).

**AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Joel NUNEZ–BETANCOURT, aka To-**
**mas Avilar–Serrano aka Jose Hernan-**
**dez Diaz aka Joel Betancourt Nunez,**
**Defendant—Appellant.**

No. 01–10300.

D.C. No. CR–00–00706–RCC.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.

Decided Dec. 4, 2002.

Before GOODWIN, TROTT and GRABER, Circuit Judges.

MEMORANDUM *

Joel Nunez–Betancourt appeals his conviction, pursuant to a guilty plea, and sentence for being a deported alien found in

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

the United States in violation of 8 U.S.C. § 1326.

Nunez–Betancourt's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Nunez–Betancourt did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues, we grant counsel's motion to withdraw, and affirm the conviction and sentence.

**AFFIRMED.**

---

This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

